## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KEVIN WILLIAMS,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION NO. 11-0622-CG-N** |
| | **)** | |
| **GARY HETZEL,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 3, 2014 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DISMISSED** for want of prosecution and failure to comply with the Court's orders.

**DONE and ORDERED** this 3rd day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE